1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT MAESHACK,

11           Plaintiff,                    No. CIV S-05-2599 LKK DAD P

12      vs.

13  AVENAL STATE PRISON, et al.,

14           Defendants.              ORDER

15  _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28

18  U.S.C. § 1915.

19          At the present time, plaintiff is confined at Sierra Conservation Center in

20  Tuolumne County.  In his civil rights complaint, plaintiff alleges violations of his civil rights by

21  defendants Harbinson, Smith, and Grazier, who are or were employed at Avenal State Prison in

22  Kings County.  Kings County is part of the Fresno Division of the United States District Court

23  for the Eastern District of California.  See Local Rule 3-120(d).  A civil action which has not

24  been commenced in the proper division of this court may, on the court's own motion, be

25  transferred to the proper division of the court.  See Local Rule 3-120(f).  Accordingly, this action

26  will be transferred to the Fresno Division of the court.

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number to be assigned

5   and shall be filed at:

6                    United States District Court
                     Eastern District of California
7                    1130 "O" Street
                     Fresno, CA 93721
8

9   DATED: January 4, 2006.

10

11  _____
    DALE A. DROZD
12  UNITED STATES MAGISTRATE JUDGE

13  DAD:13:bb
    maes2599.22
14

15

16

17

18

19

20

21

22

23

24

25

26